UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $24,100.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 2:25-cv-00528-DAD-JDP<br><br>FINAL JUDGMENT OF FORFEITURE<br><br>(Doc. No. 9) |
|---|---|

Pursuant to the Stipulation for Final Judgment of Forfeiture (Doc. No. 9), the Court finds:

1. This is a civil action forfeiture action *in rem* against defendant Approximately $24,100.00 in U.S. Currency (the "defendant currency") seized on September 27, 2023.

2. A Verified Complaint for Forfeiture *In Rem* was filed on February 14, 2025 ("Complaint"). The Complaint alleged that the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. 881(a)(6).

3. On February 21, 2025, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on February 28, 2025.

4. Beginning on February 21, 2025, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on March 26, 2025.

1

5. In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

    a. Tyrone Roscoe

6. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On February 5, 2025, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Tyrone Roscoe agreed to forfeit all of his right, title, and interest in $12,050.00 of the defendant currency pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture. (Doc. No. 9.)

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. That judgment is hereby entered against potential claimant Tyrone Roscoe and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $12,050.00 of the Approximately $24,100.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $12,050.00 of the Approximately $24,100.00 in U.S. Currency shall be returned to claimant Tyrone Roscoe through his attorney Isaac Safier.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Tyrone Roscoe waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The United States District Court for the Eastern District of California, Hon. Dale A. Drozd, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: **May 6, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3